767 A.2d 960

IN THE MATTER OF BENJAMIN A. SILBER,
AN ATTORNEY AT LAW.

March 8, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **BENJAMIN A. SILBER** of **CARNEYS POINT,** who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 1.15(a) and (b) and *Rule* 1:21–6 (negligent misappropriation of client trust funds);

And the Disciplinary Review Board having further concluded that for a period of two years, respondent should be required to provide quarterly reconciliations of his attorney books and records prepared by a certified public accountant approved by the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that **BENJAMIN A. SILBER** is hereby reprimanded; and it is further

ORDERED that respondent shall provide to the Office of Attorney Ethics quarterly reconciliations of his attorney books and records prepared by a certified public accountant approved by the Office of Attorney Ethics, for a period of two years and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.